**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ADAM DOUGLAS RIGBY,** | ) | |
| | ) | |
| **Plaintiff/Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACT. NO. 1:24-cv-88-TFM-B** |
| | ) | |
| **LONGLEAF MACHINING, LLC,** | ) | |
| | ) | |
| **Defendant/Counterclaim Plaintiff.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on May 4, 2026 (Doc. 88) and the Memorandum Opinion and Order entered on today's date, it is **ORDERED, ADJUDGED, and DECREED** that judgment is entered against the Plaintiff and in favor of Defendant Longleaf Machining, LLC on Plaintiff's federal claims (Counts I and II), and those claims are **DISMISSED with prejudice**. The remaining state law claims and counterclaims are **DISMISSED without prejudice** based upon the declination of supplemental jurisdiction and may be refiled in state court.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 20th day of May, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE